# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Juan Manuel Martinez-Guevara<br>DOB: XX/XX/1995; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02701MJ |

| Complaint for violation of Title 8 | United States Code § 1326 (b)(1) |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>December 6, 2025 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 6, 2025, at or near Nogales, in the District of Arizona, **Juan Manuel Martinez-Guevara**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on September 16, 2025 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Juan Manuel Martinez-Guevara** is a citizen of Mexico. On September 16, 2025, **Juan Manuel Martinez-Guevara** was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On December 6, 2025, **Juan Manuel Martinez-Guevara** knowingly and intentionally attempted to re-enter the United States by falsely claiming to be a United States citizen. **Juan Manuel Martinez-Guevara** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>Ernesto A. Guerra |
|---|---|
| | OFFICIAL TITLE<br>CBPO/E |
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2025 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewing AUSA: Sarah Houston